**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**Charleston Division**

**ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

   **Plaintiffs,**

  **v.**            **Civil Action No. 2:12-1353**

**QUICKEN LOANS, INC.,**

   **Defendant.**

**DEFENDANT QUICKEN LOANS, INC.'S**
**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Quicken Loans, Inc., by counsel, makes the following disclosures:

1. Is the party a non-governmental corporate party?

  **RESPONSE:  Yes.**

2. If the answer to Number 1 is "yes" list below any parent corporation or state that there is no such corporation.

  **RESPONSE:  Rock Holdings Inc.**

3. If the answer to Number 1 is "yes" list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation.

  **RESPONSE:  None.**

The undersigned party understands that pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, it will promptly file a supplemental statement upon any change in the information that this statement requires.

Dated:  June 29, 2012                                      Respectfully Submitted,

                                          **QUICKEN LOANS, INC.**


                                          By:     /s/ John C. Lynch             
                                                        Of Counsel

John C. Lynch (WVSB No. 6627)
Jason E. Manning (WVSB No. 11277)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com


<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on this 29th day of June, 2012, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following CM/ECF participants:

<u>**Counsel for Plaintiff**</u>
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com


John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com


      /s/ John C. Lynch
John C. Lynch (WVSB No. 6627)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com


20005961v1

3