IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA WILKES,
individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.     Civil Action No. 2:12-1353

QUICKEN LOANS, INC.,

    Defendant.

### DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADNIGS

Defendant Quicken Loans, Inc. ("Defendant" or "Quicken Loans"), by counsel, pursuant to Fed. R. Civ. P. 12(c), hereby submits its Motion for Judgment on the Pleadings in response to Plaintiff Alisha Wilkes's ("Plaintiff") Class Action Complaint.  For the reasons set forth in the accompanying memorandum of law, Plaintiff's Complaint should be dismissed in its entirety.

WHEREFORE, Defendant Quicken Loans, Inc., by counsel, respectfully requests that the Court grant its Motion for Judgment on the Pleadings and enter an Order dismissing Plaintiff's Complaint in its entirety and granting Quicken Loans any further legal or equitable relief that the Court deems appropriate.

Dated:  August 2, 2012     Respectfully Submitted,

      **QUICKEN LOANS, INC.**

      By:    /s/ John C. Lynch
            Of Counsel

20059726v1

John C. Lynch (WVSB No. 6627)
Jason E. Manning (WVSB No. 11277)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of August, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

2

       /s/ John C. Lynch
John C. Lynch (WVSB No. 6627)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com