IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA KINGERY,
f/k/a ALISHA WILKES,
individually and on behalf of all
others similarly situated,

      Plaintiffs,

  v.                    Civil Action No. 2:12-cv-1353

QUICKEN LOANS, INC.,

      Defendant.

## MOTION TO CONTINUE THE SCHEDULING CONFERENCE

Defendant Quicken Loans, Inc. ("Defendant"), by counsel, respectfully requests the Court continue its Scheduling Conference currently scheduled for Thursday, September 20, 2012 at 1:30 PM. In support of this motion, Defendant states as follows.

1. On July 2, 2012, the Court issued its Order and Notice setting the Scheduling Conference for Monday, September 24, 2012 at 9:00 AM (ECF 11).

2. On September 10, 2012, the parties filed their Report of the Parties Planning Conference (ECF 24).

3. On September 11, 2012, the Court issued an Order resetting the Scheduling Conference for Thursday, September 20, 2012 at 1:30 PM (ECF 25).

4. Counsel for Defendant has a previously scheduled meeting in another matter, and is unable to attend the September 20, 2012 Scheduling Conference in person.

5. Counsel for Defendant is available on the following dates to appear for the Court's Scheduling Conference: September 25, October 4, October 5, October 8, October 10, October 11 and October 12.

2

WHEREFORE, Defendant Quicken Loans, Inc., respectfully requests the Court grant its Motion to Continue the Scheduling Conference, and grant such other legal or equitable relief as the Court deems appropriate.

Dated: September 13, 2012 					Respectfully Submitted,

**QUICKEN LOANS, INC.**

By:    /s/ John C. Lynch
          Of Counsel

John C. Lynch (WVSB No. 6627)
Jason E. Manning (WVSB No. 11277)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

       **Plaintiffs,**

       v.                                     Civil Action No. 2:12-cv-1353

**QUICKEN LOANS, INC.,**

       **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

I further certify that on this 13th day of September, 2012, a true and correct copy of the foregoing as sent via e-mail to the following non-CM/ECF participants:

**Counsel for Plaintiff**
Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

    /s/ John C. Lynch
John C. Lynch (WVSB No. 6627)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

20106689v1