IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA KINGERY,
f/k/a ALISHA WILKES,
individually and on behalf of all
others similarly situated,

        Plaintiffs,

v.                                                                     Civil Action No. 2:12-1353

QUICKEN LOANS, INC.,

        Defendant.

## AGREED ORDER

This matter came before the Court on the parties Joint Motion to extend Defendant's time to respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents and to amend the Scheduling Order dated September 14, 2012 (ECF No. 27) in order to extend the deadlines for discovery, expert disclosures, and dispositive motions. For good cause shown, it is hereby ORDERED as follows:

**Defendant's Discovery Responses**. Defendant shall respond to Plaintiff's First Set of Interrogatories and Requests for Production of Documents by January 11, 2013.

**Deadline for Written Discovery Requests**. The parties shall serve written discovery requests by June 14, 2013.

**Expert Witnesses**. Plaintiff shall disclose the name(s) of all of Plaintiff's expert trial witnesses on or before May 29, 2013. Defendant shall disclose the name(s) of all of Defendant's expert trial witnesses on or before June 29, 2013. Rebuttal experts shall be disclosed on or before July 14, 2013.

**Deposition Deadline and Close of Discovery.** The parties shall conduct depositions by July 28, 2013 and discovery shall be closed on July 28, 2013.

**Dispositive Motions.** All dispositive motions shall be filed on or before August 18, 2013. All responses to dispositive motions shall be filed on or before September 6, 2013 and all replies to responses to dispositive motions shall be filed on or before September 13, 2013.

**Hearing on Motions for Summary Judgment.** Hearing on summary judgment shall be scheduled on or before September 30, 2013.

**Settlement and Mediation Deadline.** The parties shall conduct a settlement conference or mediation on or before October 7, 2013.

**Motions in Limine.** The parties shall file any motions in limine by October 9, 2013 and any responses to motions in limine shall be filed by October 16, 2013.

**Pretrial Order.** Plaintiff shall submit draft of pretrial order to Defendant by October 9, 2013, and Defendant shall file the integrated pretrial order by October 16, 2013.

Trial, and all other deadlines not specifically extended shall remain the same.

Entered this ____4____ day of ~~November~~ December, 2012.

_____
The Honorable Joseph R. Goodwin

20204206v1

2