UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

ALISHA KINGERY, etc.,

        Plaintiff,

v.                                    CIVIL ACTION 2:12-cv-1353

QUICKEN LOANS,

        Defendant.

**O R D E R**

Discovery matters in this civil action were previously referred to the Honorable Mary E. Stanley, United States Magistrate Judge, pursuant to 28 U.S.C. § 636. Because Magistrate Judge Stanley has since retired from the bench, referral of discovery matters is **TRANSFERRED** to the Honorable Dwane L. Tinsley, United States Magistrate Judge.

The Clerk is directed to send a copy of this order to the Honorable Joseph R. Goodwin, U. S. District Judge, the Honorable Dwane L. Tinsley, U. S. Magistrate Judge, counsel of record, and any unrepresented party.

DATED:  April 23, 2013

*[signature]*
TERESA L. DEPPNER
Clerk of Court