IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ALISHA KINGERY,

        Plaintiff,

v.                                  CIVIL ACTION NO.  2:12-cv-01353

QUICKEN LOANS, INC.,

        Defendant.

## ORDER

The plaintiff has moved for an extension of time to file a motion to compel discovery. The defendant does not oppose the motion. For reasons appearing to the Court and for good cause shown, the Court **GRANTS** the motion. Plaintiff shall file any necessary motion to compel discovery relating to Defendant's responses to Plaintiff's First Set of Interrogatories and Requests for Production by May 10, 2013.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      April 29, 2013

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE