IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA KINGERY,
f/k/a ALISHA WILKES,
individually and on behalf of all
others similarly situated,

     Plaintiffs,

  v.                                     Civil Action No. 2:12-cv-1353

QUICKEN LOANS, INC.,

     Defendant.

## DEFENDANT QUICKEN LOANS, INC.'S
## NOTICE OF DEPOSITION OF PLAINTIFF ALISHA KINGERY

Defendant Quicken Loans, Inc., by counsel, will take the deposition of Plaintiff Alisha Kingery f/k/a Alisha Wilkes on **Wednesday, July 10, 2013 at 10:00 a.m.** at the law office of Bailey & Glasser LLP, 209 Capitol Street, Charleston, West Virginia 25301, (304) 354-6555.

Said deposition is being taken pursuant to Rule 30 of the *Federal Rules of Civil Procedure* and will be recorded by sound and sound-visual, and/or stenographic means by a certified court reporter authorized by law to administer oaths and conduct deposition of witnesses.

If for any reason the deposition is not commenced on the date and time stated above, or if commenced but not completed on said date, the deposition shall continue from day to day and from time to time.

Dated:  June 4, 2013                                    Respectfully Submitted,

                                                      **QUICKEN LOANS, INC.**

                                                      By:   /s/ John C. Lynch
                                                           Of Counsel

John C. Lynch (W.V. Bar No. 6627)
Jason E. Manning (W.V. Bar No. 11277)
*Counsel for Quicken Loans, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA KINGERY,
f/k/a ALISHA WILKES,
individually and on behalf of all
others similarly situated,

       Plaintiffs,

  v.                                     Civil Action No. 2:12-cv-1353

QUICKEN LOANS, INC.,

       Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2013, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601
lenbennett@clalegal.com

3

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

/s/ John C. Lynch
John C. Lynch (W.V. Bar No. 6627)
*Counsel for Quicken Loans, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com