**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**Charleston Division**

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

**Plaintiffs,**

**v.** **Civil Action No. 2:12-cv-1353**

**QUICKEN LOANS, INC.,**

**Defendant.**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2013, I electronically filed the foregoing Certificate of Service, with the Clerk of the Court using the CM/ECF system, and sent Quicken Loans, Inc.'s Notice of Confidential Designations of the Deposition Transcript of Matthew Muskan to the deponent and the following counsel of record:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

/s/ John C. Lynch

John C. Lynch (W.V. Bar No. 6627)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com