IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ALISHA KINGERY,

        Plaintiff,

v.                              CIVIL ACTION NO.   2:12-cv-01353

QUICKEN LOANS, INC.,

        Defendant.

**ORDER**

Pending before the court is the defendant's Motion for Leave to File an Amended Answer to the Second Amended Complaint [Docket 60], filed May 14, 2013.

Federal Rule of Civil Procedure 15(a)(2) states that "a party may amend its pleading only with the opposing party's written consent or the court's leave" when the pleading in question is an Answer and more than 21 days have passed since the original Answer was served. Fed. R. Civ. P. 15(a)(2). In this case, the plaintiff consents and supports the motion. (*See* [Docket 69]). Accordingly, the Motion for Leave to File an Amended Answer [Docket 60] is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:      July 2, 2013

                _____
                JOSEPH R. GOODWIN
                UNITED STATES DISTRICT JUDGE