UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY, f.k.a. Alisha Wilkes,**
*on behalf of herself and those similarly situated,*

    Plaintiff,

v.                                                                      Civil No. 2:12-1353

**QUICKEN LOANS, INC.,**

    Defendant.

## Notice of Appearance

NOW COMES the Plaintiff, by counsel, and notice the appearance of Mary Pat Statler of Bailey & Glasser LLP, 209 Capitol Street, Charleston, West Virginia 25301 as additional counsel for the Plaintiff in the above-styled civil action. All pleadings and correspondence should be forwarded to the above-referenced address.

                                                          **ALISHA KINGERY**
                                                          *on behalf of herself and all*
                                                          *similarly situated individuals*

                                                          By Counsel,

*/s/ John W. Barrett*
John W. Barrett
Jonathan R. Marshall
Mary P. Statler
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV  25301
(304) 345-6555
(304) 342-1110 *facsimile*
jbarrett@baileyglasser.com
mstatler@baileyglasser.com

628257

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY, f.k.a. Alisha Wilkes,**
*on behalf of herself and those similarly situated,*

    Plaintiff,

v.                                                               Civil No. 2:12-1353

**QUICKEN LOANS, INC.,**

    Defendant.

## Certificate of Service

The undersigned hereby certifies that the foregoing ***Notice of Appearance*** was served upon the Defendant via electronic mail using the Court's CM/ECF system, which will send notification to counsel of record as follows on this __8th__ day of July, 2013:

    John C. Lynch
    Jason E. Manning
    TROUTMAN SAUNDERS LLP
    222 Central Park Ave., Suite 2000
    Virginia Beach, VA 23462
    john.lynch@troutmansanders.com
    jason.manning@troutmansanders.com

                                                            */s/ John W. Barrett*
                                                             John W. Barrett

628257