UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY, f.k.a. Alisha Wilkes,**
*on behalf of herself and those similarly situated,*

    Plaintiff,

v.                                                                Civil No. 2:12-1353

**QUICKEN LOANS, INC.,**

    Defendant.

### Certificate of Service

The undersigned hereby certifies that ***Plaintiff's Fourth Request for Production of Documents to Defendant Quicken Loans, Inc.*** was served upon the counsel for the Defendant via email on this   15th   day of July, 2013, as follows:

        John C. Lynch
        TROUTMAN SAUNDERS LLP
        222 Central Park Ave., Suite 2000
        Virginia Beach, VA 23462
        john.lynch@troutmansanders.com

                                                */s/ John W. Barrett*
                                                John W. Barrett

630418