UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

| | |
|---|---|
| ALISHA KINGERY, f.k.a Alisha Wilkes,<br>*on behalf of herself and*<br>*those similarly situated*<br>                      Plaintiff,<br>v.<br>QUICKEN LOANS, INC.,<br>                      Defendant. | Civil No. 2:12-1353 |

**NOTICE OF RULE 30(b)(1) DEPOSITION**
**Preparation of Notices**

PLEASE TAKE NOTICE that the Plaintiff, ALISHA KINGERY ("Ms. Kingery"), by counsel, will take the deposition of the **managing agent employee most responsible for the preparation of notices sent by Quicken Loans, Inc. under 15 U.S.C. § 1681g(g)** by oral questions and video deposition, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, on **August 7, 2013 at 1:00 p.m. EDT**, and continuing until completed, in the office of Honigman Miller Schwartz and Cohn LLP, 130 S. First Street, 4th Floor, Ann Arbor, MI 48104-1386. The deposition will be taken before a Notary Public or some other person duly qualified to administer an oath. The deposition will be taken for the purposes of discovery, for use as evidence at trial, and any other purpose permissible pursuant to the Federal Rules of Civil Procedure including, but not limited to, the use of such deposition in lieu of live testimony at trial.

                Respectfully submitted**,**
                **ALISHA KINGERY** *on behalf of herself and*
                *all similarly situated individuals*


              By:    */s/ John W. Barrett*
                        Counsel

John W. Barrett (WV Bar No. 7289)
Counsel for Plaintiff
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
E-mail: jbarrett@baileyglasser.com

Leonard A. Bennett (admitted *pro hac vice*)
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, VA 22601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com

Matthew J. Erausquin (admitted *pro hac vice*)
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Telephone: (703) 273-7770
Facsimile: (888) 892-3512
Email: matt@clalegal.com

John C. Bazaz (admitted *pro hac vice*)
Law Offices of John C. Bazaz, PLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Telephone: (703) 272-8455
Facsimile: (703) 596-4555
Email: jbazaz@bazazlaw.com

Ian B. Lyngklip (*admitted pro hac vice*)
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
Telephone: (248) 208-8864
Facsimile: (248) 208-9073
E-mail: ian@MichiganConsumerLaw.com

<u>Certificate of Service</u>

I certify that on the July 15, 2013 the foregoing was e-mailed to:

John C. Lynch, Esq.
Troutman Sanders LLP
222 Central Park Ave., Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

         */s/ John W. Barrett*_____
John W. Barrett (WV Bar No. 7289)
Counsel for Plaintiff
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
E-mail: jbarrett@baileyglasser.com