IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

        **Plaintiffs,**

        v.                                                                                                             Civil Action No. 2:12-cv-1353

**QUICKEN LOANS, INC.,**

        **Defendant.**

## CONSENT MOTION FOR AN EXTENSION OF TIME

      Quicken Loans, Inc. ("Quicken Loans"), by counsel, with the consent of Plaintiff's counsel, respectfully moves the Court for an extension of the time period within which to file motions to quash various subpoenas duces tecum that Plaintiff has issued to third parties in connection with this lawsuit.

      Plaintiff has served three nearly identical subpoenas duces tecum on Equifax Information Services, LLC, Experian Information Solutions, Inc., and TransUnion, LLC.  (*See* ECF Nos. 80, 81, and 82).  Quicken Loans' counsel has represented to Plaintiff that Quicken Loans may file a motion to quash each subpoena duces tecum on various grounds, if necessary.  Under the Federal Rules of Civil Procedure, a motion to quash must be made in a "timely" fashion.  *See* Fed R. Civ. P. 45(c)(3).

      Plaintiff's counsel has consented to Quicken Loans' request for an extension of time until August 7, 2013 to file motions to quash the above-referenced subpoenas.  Plaintiff's counsel has stated, and Quicken Loans has acknowledged, that this agreed extension should not be

interpreted as an admission by Plaintiff that the motions to quash are valid or that Quicken Loans has standing to bring the same.

WHEREFORE, Quicken Loans, by counsel and with Plaintiff's consent, hereby requests that the Court enter the attached Consent Order: (1) granting Quicken Loans' Consent Motion for an Extension of Time; and (2) providing Quicken Loans with an extension of time to file motions to quash the above-referenced subpoenas duces tecum until on or before August 7, 2013.

Dated: July 31, 2013 
Respectfully Submitted,

**QUICKEN LOANS, INC.**

By: /s/ John C. Lynch
Of Counsel

John C. Lynch (W.V. Bar No. 6627)
Jason E. Manning (W.V. Bar No. 11277)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

       **Plaintiffs,**

       v.                         Civil Action No. 2:12-cv-1353

**QUICKEN LOANS, INC.,**

       **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

3

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

    /s/ John C. Lynch
John C. Lynch (W.V. Bar No. 6627)
Counsel for Quicken Loans, Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com