IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

      **Plaintiffs,**

  v.              Civil Action No. 2:12-cv-1353

**QUICKEN LOANS, INC.,**

      **Defendant.**

## CONSENT ORDER

Before the Court is Quicken Loans, Inc's ("Quicken Loans") Consent Motion for an Extension of Time.  In this Motion, Quicken Loans seeks an extension of time within which to file motions to quash three subpoenas duces tecum Plaintiff has issued to Equifax Information Services, LLC, Experian Information Solutions, Inc., and TransUnion, LLC.  (*See* ECF Nos. 80, 81, and 82).  Plaintiff has consented to this requested extension.

AS A RESULT AND FOR GOOD CAUSE SHOWN, it is ORDERED that Quicken Loans' Consent Motion for an Extension of Time is GRANTED.  The time within which Quicken Loans may file motions to quash the above-referenced subpoenas is hereby extended to August 7, 2013.  A filing on or before that date shall be considered "timely" under the Federal Rules of Civil Procedure.  Plaintiff's consent shall not act as an admission by Plaintiff that the motions to quash are valid or that Quicken Loans has standing to bring the same.

                                            ENTER: August _____, 2013

                                            Joseph R. Goodwin, Chief Judge

| WE ASK FOR THIS: | WITH CONSENT |
|---|---|
| /s/ John C. Lynch | /s/ John W. Barrett |
| John C. Lynch (W.V. Bar No. 6627) | John W. Barrett |
| Counsel for Quicken Loans, Inc. | Counsel for Plaintiff |
| TROUTMAN SANDERS LLP | Bailey & Glasser LLP |
| 222 Central Park Avenue, Suite 2000 | 209 Capitol Street |
| Virginia Beach, Virginia 23462 | Charleston, WV 25301 |
| Telephone: (757) 687-7765 | Telephone: (304) 345-6555 |
| Facsimile: (757) 687-1504 | Facsimile: (304) 342-1110 |
| john.lynch@troutmansanders.com | jbarrett@baileyglasser.com |

21150879v1