IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

   **Plaintiffs,**

  v.              Civil Action No. 2:12-cv-1353

**QUICKEN LOANS, INC.,**

   **Defendant.**

### DEFENDANT QUICKEN LOANS, INC.'S
### MOTION TO QUASH SUBPOENA DUCES TECUM
### ISSUED TO EQUIFAX INFORMATION SERVICES, LLC

  Defendant Quicken Loans, Inc. ("Quicken Loans"), by counsel, pursuant to Rules 45(c) and 26(c) of the Federal Rules of Civil Procedure, respectfully moves this Court to quash Requests one, two and five of Alisha Kingery's subpoena *duces tecum* to Equifax Information Services, LLC. In the alternative, Quicken Loans respectfully requests the Court issue an appropriate protective order restricting the requests in the subpoena to requests three and four. In further support of its Motion to Quash, Quicken Loans submits the accompanying Memorandum in Support.

  WHEREFORE, Defendant Quicken Loans, Inc., requests that this Court enter an order quashing the subpoena *duces tecum*, or, in the alternative, modifying the subpoena to limit its scope, and requiring that any documents produced be subject to an appropriate protective order.

Dated: August 7, 2013               Respectfully submitted,

              **QUICKEN LOANS, INC.**


              By:    /s/ John C. Lynch


John C. Lynch (W.V. Bar No. 6627)
Jason E. Manning (W.V. Bar No. 11277)
*Counsel for Quicken Loans, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

       **Plaintiffs,**

       v.                                                    **Civil Action No. 2:12-cv-1353**

**QUICKEN LOANS, INC.,**

       **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of August, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.com

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 23601
lenbennett@clalegal.com

3

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

    /s/ John C. Lynch
John C. Lynch (W.V. Bar No. 6627)
*Counsel for Quicken Loans, Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com