IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

ALISHA KINGERY,
f/k/a ALISHA WILKES,
individually and on behalf of all
others similarly situated,

      Plaintiffs,

    v.                                  Civil Action No. 2:12-cv-1353

QUICKEN LOANS, INC.,

      Defendant.

## AGREED ORDER

This matter comes before the Court on the Parties' Joint Motion to Amend Scheduling Order. For good cause shown, and upon agreement of the parties, it is hereby **ORDERED** that the Scheduling Order issued on September 14, 2012 Scheduling Order (Docket No. 27), as amended December 4, 2012 (Docket No. 34) and July 3, 2013 (Docket No. 76), is amended as follows:

    1.    **Discovery**. The parties shall complete all depositions for fact discovery and for expert discovery by **Tuesday, October 1, 2013** (currently August 30, 2013 and September 16, 2013, respectively). The last date to complete depositions shall be the "discovery completion date" by which all discovery, including disclosures required by Federal Rule of Civil Procedure 26(a)(1), and (2), but not disclosures required by Federal Rule of Civil Procedure 26(a)(3), shall be completed. Pursuant to Local Rule 26.1(c), the court adopts and approves the agreements of the parties with respect to limitations on discovery (numbers of interrogatories, requests for admissions, and depositions).

2. **Expert Witnesses**: Defendant shall disclose the name(s) of all of Defendant's expert witnesses and make the disclosure required by Fed. R. Civ. P. 26(a)(2)(A) and (B) on or before **Friday, September 6, 2013** (currently August 28, 2013). All parties shall provide the disclosures required by Fed. R. Civ. P. 26(a)(2)(A) and (B) if the evidence is intended solely to contradict or rebut evidence on the same issue identified by another party under Fed. R. Civ. P. 26(a)(2)(B), no later than **Friday, September 20, 2013** (currently September 13, 2013).

3. All other pretrial deadlines and trial shall remain the same, as set forth in the Court's Amended Scheduling Order dated July 3, 2013 (Docket No. 76).

The Clerk is directed to transmit copies of this order to all counsel of record.

**IT IS SO ORDERED.**

Entered this 5th day of September, 2013.

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

21183514v1

2