UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY, f.k.a Alisha Wilkes,**
*on behalf of herself and those similarly situated,*

**Plaintiff,**

v.  Civil Action No. 2:12-1353

**QUICKEN LOANS, INC.,**

**Defendant.**

## Certificate of Service

The undersigned hereby certifies that on October 8, 2013, **Plaintiff's Third Supplemental Rule 26(a)(1) Disclosures** was served on counsel of record via email and the Court's CM/ECF System, which will notify the following counsel:

> John C. Lynch, Esq.
> Troutman Sanders LLP
> 222 Central Park Ave., Suite 2000
> Virginia Beach, VA 23462
> Email: john.lynch@troutmansanders.com

*/s/ John W. Barrett*
John W. Barrett

652868