**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division**

**ALISHA KINGERY,
individually and on behalf of all
others similarly situated,**

        **Plaintiffs,**

        **v.**                                            **Civil Action No. 2:12-1353**

**QUICKEN LOANS INC.,**

        **Defendant.**

### MOTION FOR SUMMARY JUDGMENT

Defendant Quicken Loans Inc. ("Quicken Loans"), by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves for summary judgment against the Second Amended Class Action Complaint ("Complaint") (ECF 23) filed by Plaintiff Alisha Kingery f/k/a Alisha Wilkes ("Plaintiff").  For the reasons set forth in the accompanying Memorandum of Law, Quicken Loans' Motion should be granted because the undisputed facts show that Quicken Loans is entitled to judgment as a matter of law on Plaintiff's claims.

WHEREFORE, Defendant Quicken Loans Inc., by counsel, respectfully requests that the Court grant its Motion for Summary Judgment and enter an Order dismissing Plaintiff's Second Amended Class Action Complaint and all claims therein with prejudice, and grant Quicken Loans any further legal or equitable relief as the Court deems appropriate.

Dated:  March 21, 2014                  Respectfully Submitted,

                                    **QUICKEN LOANS INC.**

                                    By:     /s/ John C. Lynch              
                                            Of Counsel

John C. Lynch (WVSB No. 6627)
Jason E. Manning (WVSB No. 11277)
Counsel for Quicken Loans Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division**

**ALISHA KINGERY,
individually and on behalf of all
others similarly situated,**

      **Plaintiffs,**

    **v.**                                 **Civil Action No. 2:12-cv-1353**

**QUICKEN LOANS INC.,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2014, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

/s/ John C. Lynch
John C. Lynch (W.V. Bar No. 6627)
*Counsel for Quicken Loans Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com