IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ALISHA KINGERY,

        Plaintiff,

v.                              CIVIL ACTION NO.   2:12-cv-01353

QUICKEN LOANS, INC.,

        Defendant.

**ORDER**

On May 6, 2014, I denied Quicken Loans Inc.'s ("Quicken") motions to seal [Dockets 218, 228, 234, and 240]. (*See* Mem. Op. & Order [Docket 249]). To date, the documents referenced in those motions remain redacted or sealed in contravention of this Order. The court **DIRECTS** the parties to file the following documents unsealed and unredacted in accordance with my May 6, 2014 Order:

- The following exhibits attached to Quicken's Motion for Summary Judgment [216]

    o The following exhibits to the Declaration of Amy Bishop (attached as Exhibit B to the Motion for Summary Judgment [Docket 216])

        - **Exhibit 3**: E-mail chain dated November 7, 2004 with the subject line: "RE: New Form required by FTC for compliance with Fair and Accurate Credit Transactions Act" (QL0019501 – QL0019503)

        - **Exhibit 4**: E-mail chain dated November 12, 2004 with the subject line: "RE: New Form required by FTC for compliance with Fair and Accurate Credit Transactions Act" (QL0019339 – QL 0019342)

        - **Exhibit 6**: E-mail dated November 17, 2004 with the subject line: "Credit Score Notice" (QL0019669 – QL0019674)

- - **Exhibit 7**: E-mail dated November 17, 2004 with the subject line: "FACT Act" (QL0019679)

    - **Exhibit 8**: E-mail dated November 22, 2004 with the subject line: "Credit Score Notice" (QL0020662)

    - **Exhibit 9**: E-mail chain dated November 26, 2004 with the subject line: "RE: Credit Score Notice" (QL0019652 – QL0019653)

    - **Exhibit 10**: E-mail chain dated December 1, 2004 with the subject line: "Notice to Home Loan Applicants 2.doc" (QL0019443 – QL001944)

  - **Exhibit C**: Amy Bishop's 30(b)(6) Deposition Transcript

  - **Exhibit D**: Angelo Vitale's Deposition Transcript

  - **Exhibit E**: Andrew Lusk's 30(b)(6) Deposition Transcript

  - **Exhibit F**: Amy Bishop's Individual Deposition Transcript

  - **Exhibit H**: Bradley Hein's Deposition Transcript

  - **Exhibit I**: Matt Muskan's Deposition Transcript

  - **Exhibit J**: Kevin Lang's Deposition Transcript

  - **Exhibit K**: Kevin Lang's 30(b)(6) Deposition Transcript

  - **Exhibit L**: Quicken Loans' Third Supplemental Interrogatory Responses 5, 8, and 10

- The following exhibits attached to Quicken's Opposition to Plaintiff's Motion for Class Certification [Docket 227]

  - **Exhibit F**: Quicken Loans' Third Supplemental Interrogatory Response 8

  - **Exhibit G**: Kevin Lang's 30(b)(6) Deposition Transcript

  - **Exhibit H**: Kevin Lang's Deposition Transcript

  - **Exhibit I**: Matt Muskan's Deposition Transcript

  - **Exhibit J**: Angelo Vitale's Deposition Transcript

- o **Exhibit K**: Amy Bishop's 30(b)(6) Deposition Transcript

- o **Exhibit M**: Andrew Lusk's 30(b)(6) Deposition Transcript

- The following exhibits attached to Plaintiff's Opposition to Summary Judgment [Docket 230]

    - o Plaintiff's Memorandum in Opposition to Defendant's Motion for Summary Judgment [Docket 230]

    - o **Exhibit 2**: Email dated November 22, 2004 with subject line "Credit Score Notice" (QL0020662)

    - o **Exhibit 3**: Undated Email with subject line "Credit Score Notice" (QL0020684)

    - o **Exhibit 4**: Email dated November 23, 2004 with subject line "Credit Score Notice" (QL0019182)

    - o **Exhibit 5**: Email dated December 1, 2004 with subject line "New Client Disclosure" (QL0019469 – QL0019470)

    - o **Exhibit 6**: Email dated December 1, 2004 with subject line "New Client Disclosure" (QL0019331 – QL0019332)

    - o **Exhibit 8**: Angelo Vitale's Deposition Transcript

    - o **Exhibit 9**: Amy Bishop's Deposition Transcript

    - o **Exhibit 14**: Emails dated October 6, 2010 - October 8, 2010 with subject line "Risk Based Pricing Notice (RBPN)" (QL0018374 – QL0018396)

    - o **Exhibit 16**: Emails dated November 7, 2004 with subject line "New Form required by FTC for compliance with Fair and Accurate Credit Transaction Act" (QL0019529 – QL0019536)

    - o **Exhibit 18**: Checklist for File Setup Process in Lakewood (QL0012003)

    - o **Exhibit 22**: Kevin Lang's Deposition Transcript

    - o **Exhibit 23**: Bradley Hein's Deposition Transcript

    - o **Exhibit 24**: Kevin Lang and Andrew Lusk's 30(b)(6) Deposition Transcript

- - **Exhibit 45**: Amy Bishop's 30(b)(6) Deposition Transcript
  - **Exhibit 49**: Declaration of Jonathan D. Jersion
  - **Exhibit 51**: Quicken Loans' Mortgage Banker Training Guide
- The following exhibits attached to the Plaintiff's Motion for Class Certification [Docket 220]
  - Plaintiff's Memorandum in Support of Motion for Class Certification [Docket 221]
  - **Exhibit 1**: Email dated November 5, 2004 with subject line "VMP Compliance E-Letter 8-27-2004" (QL0019488 – QL0019490)
  - **Exhibit 2**: Amy Bishop's 30(b)(6) Deposition Transcript
  - **Exhibit 3**: Email dated November 7, 2004 with subject line "New Form required by FTC for compliance with Fair and Accurate Credit Transactions Act" (QL0019529 – QL0019536)
  - **Exhibit 5**: Email dated October 6, 2010 with subject line "Credit Score Exception Notice" (QL0020672)
  - **Exhibit 6**: Email dated October 6, 2010 with subject line "Risk Based Pricing Notice (RBPN)" (QL0018374 – QL0018377, QL18393 – QL0018396)
  - **Exhibit 7**: Kevin Lang's Deposition Transcript
  - **Exhibit 8**: Bradley Hein's Deposition Transcript
  - **Exhibit 9**: Checklist for File Setup Process in Lakewood (QL0012003)
  - **Exhibit 10**: Kevin Lang and Andrew Lusk's 30(b)(6) Deposition Transcript
  - **Exhibit 12**: Email dated December 1, 2004 with subject line "New Client Disclosures" (QL0019469 – QL0019470)
  - **Exhibit 14**: LOLA Lead Detail History for Plaintiff (QL0013107 – QL0013124)
  - **Exhibit 17**: LOLA Audit Report for Plaintiff (QL0012007 – QL0012009)
  - **Exhibit 18**: Angelo Vitale's Deposition Transcript

- The following exhibits attached to the Plaintiff's Reply Brief in Support of Motion for Class Certification [Docket 236]

    - Plaintiff's Reply Brief in Support of Motion for Class Certification [Docket 236]

    - **Exhibit 4**: Kevin Lang and Andrew Lusk's 30(b)(6) Deposition Transcript

The parties must file the above-referenced documents by **Friday, June 6, 2014 at 5:00 p.m.** The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

    ENTER:    June 4, 2014

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE