IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
Charleston Division

**ALISHA KINGERY,**
**f/k/a ALISHA WILKES,**
**individually and on behalf of all**
**others similarly situated,**

   **Plaintiffs,**

  v.                 Civil Action No. 2:12-cv-1353

**QUICKEN LOANS INC.,**

   **Defendant.**

## NOTICE OF FILING UNREDACTED DOCUMENTS

Defendant, Quicken Loans Inc., by counsel, in accordance with the Court's June 4, 2014 Order (ECF No. 274), hereby submits the following Notice of Filing Unredacted Documents. Attached hereto are the following documents related to Plaintiff's Memorandum in Support of her Motion for Class Certification (ECF No. 220):

- Plaintiff's Memorandum in Support of Motion for Class Certification;

- **Exhibit 1**: Email dated November 5, 2004 with subject line "VMP Compliance E-Letter 8-27-2004" (QL0019488 – QL0019490);

- **Exhibit 2**: Amy Bishop's 30(b)(6) Deposition Transcript;

- **Exhibit 3**: Email dated November 7, 2004 with subject line "New Form required by FTC for compliance with Fair and Accurate Credit Transactions Act" (QL0019529 – QL0019536);

- **Exhibit 5**: Email dated October 6, 2010 with subject line "Credit Score Exception Notice" (QL0020672);

- **Exhibit 6**: Email dated October 6, 2010 with subject line "Risk Based Pricing Notice (RBPN)" (QL0018374 – QL0018377, QL18393 – QL0018396);

- **Exhibit 7**: Kevin Lang's Deposition Transcript;

- **Exhibit 8**: Bradley Hein's Deposition Transcript;

- **Exhibit 9**: Checklist for File Setup Process in Lakewood (QL0012003);

- **Exhibit 10**: Kevin Lang and Andrew Lusk's 30(b)(6) Deposition Transcript;

- **Exhibit 12**: Email dated December 1, 2004 with subject line "New Client Disclosures" (QL0019469 – QL0019470);

- **Exhibit 14**: LOLA Lead Detail History for Plaintiff (QL0013107 – QL0013124);

- **Exhibit 17**: LOLA Audit Report for Plaintiff (QL0012007 – QL0012009); and

- **Exhibit 18**: Angelo Vitale's Deposition Transcript.

Dated: June 4, 2014                                    Respectfully Submitted,

                                              **QUICKEN LOANS INC.**

                                              By:   /s/ John C. Lynch
                                                     Of Counsel

John C. Lynch (WVSB No. 6627)
Jason E. Manning (WVSB No. 11277)
Counsel for Quicken Loans Inc.
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### Charleston Division

**ALISHA KINGERY,**
**individually and on behalf of all**
**others similarly situated,**

      **Plaintiffs,**

  v.                          Civil Action No. 2:12-cv-1353

**QUICKEN LOANS INC.,**

      **Defendant.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of June, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
John W. Barrett
Jonathan R. Marshall
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
jbarrett@baileyglasser.com
jmarshall@baileyglasser.copm

Leonard A. Bennett
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Blvd, Suite 1-A
Newport News, VA 22601
lenbennett@clalegal.com

John C. Bazaz
Law Offices of John C. Bazaz, PLC
4000 Legato Rd., Suite 1100
Fairfax, VA 22033
jbazaz@bazazlaw.com

Matthew J. Erausquin
Consumer Litigation Associates, P.C.
1800 Diagonal Rd., Suite 600
Alexandria, VA 22314
matt@clalegal.com

Ian B. Lyngklip
Lyngklip & Associates Consumer Law Group
24500 Northwestern Highway, Suite 206
Southfield, MI 48075
E-mail: ian@MichiganConsumerLaw.com

    /s/ John C. Lynch
John C. Lynch (W.V. Bar No. 6627)
*Counsel for Quicken Loans Inc.*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, Virginia 23462
Telephone: (757) 687-7765
Facsimile: (757) 687-1504
E-mail: john.lynch@troutmansanders.com

22382693v1